PETER KORIAN
IO MEDIA, INC.
1 Fifth Avenue
Fourth Floor
New York, NY 10003
Telephone: (212) 352-1115
Facsimile: (212) 352-1117
E-mail: Peter@io-media.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware Corporation, <br><br>        Plaintiff, <br><br>    vs. <br><br> IO MEDIA, INC., a New York Corporation, <br><br>        Defendant. | Case No.: C09-01965 **JW** <br><br> STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER <br><br> Current Answer Date: June 30, 2009 <br> Requested Date:     July 15, 2009 |

- 1 -

1

## STIPULATION

2          Pursuant to Civil L.R. 6-1 and 6-2, plaintiff and defendant hereby stipulate to extend the

3   deadline by which defendant IO Media, Inc. must file with the court its answer to plaintiff's

4   Complaint for Damages and Injunctive Relief to July 15, 2009.

5          This extension is intended to allow the parties an opportunity to meet and confer

6   regarding a negotiated settlement of the matter. The parties have agreed to two previous

7   extensions to the deadline by which defendant must answer. The parties are engaged in

8   settlement discussions that the parties expect to result in resolution of this action before July 15,

9   2009. No subsequent dates or deadlines in the matter will be affected by the granting of this

10  extension. A proposed order accompanies this motion.

11

12  Respectfully submitted,

13  FOR PLAINTIFF AUTODESK, INC.          DEFENDANT IO MEDIA, INC.

14

15  LAWRENCE K. ROCKWELL, #72410          PETER KORIAN    (w)/ perm
16  ERIC DONEY, #76260                    IO MEDIA, INC.
    JULIE E. HOFER, #152185               1 Fifth Avenue
17  ANDREW S. MACKAY, #197074             Fourth Floor
    DONAHUE GALLAGHER WOODS LLP           New York, NY 10003
18  300 Lakeside Drive, Suite 1900        Telephone: (212) 352-1115
19  Oakland, California 94612             Facsimile: (212) 352-1117
    Telephone: (510) 451-0544             E-mail: Peter@io-media.com
20  Facsimile: (510) 832-1486
21  E-mail: julie@donahue.com

22  Attorneys for Plaintiff
    AUTODESK, INC.
23
    Dated, 30 June 2009
24

25

26

27

28

STIPULATION EXTENDING TIME BY WHICH DEFENDANT MUST ANSWER; [PROPOSED] ORDER        CASE NO. C09-01965-JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   July 10, 2009

Hon. James Ware

United States District Court Judge

STIPULATION EXTENDING TIME BY WHICH DEFENDANT MUST ANSWER; [PROPOSED] ORDER        CASE NO. C09-01965 JW