PETER KORIAN
IO MEDIA, INC.
1 Fifth Avenue
Fourth Floor
New York, NY 10003
Telephone: (212) 352-1115
Facsimile: (212) 352-1117
E-mail: Peter@io-media.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IO MEDIA, INC., a New York Corporation,<br><br>　　　　Defendant. | Case No.: C09-01965 JW<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER<br><br>Current Answer Date: July 31, 2009<br>Requested Date:　　August 14, 2009 |

## STIPULATION

Pursuant to Civil L.R. 6-1 and 6-2, plaintiff and defendant hereby stipulate to extend the deadline by which defendant IO Media, Inc. must file with the court its answer to plaintiff's Complaint for Damages and Injunctive Relief to August 14, 2009.

This extension is intended to allow the parties an opportunity to meet and confer regarding a negotiated settlement of the matter. The parties have agreed to four previous extensions to the deadline by which defendant must answer. The parties continue to engage in settlement discussions that the parties expect to result in resolution of this action before August 14, 2009. No subsequent dates or deadlines in the matter will be affected by the granting of this extension. A proposed order accompanies this motion.

Respectfully submitted,

FOR PLAINTIFF AUTODESK, INC.

LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
ANDREW S. MACKAY, #197074
DONAHUE GALLAGHER WOODS LLP
300 Lakeside Drive, Suite 1900
Oakland, California 94612
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
E-mail: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

Dated, 30 July 2009

DEFENDANT IO MEDIA, INC.

PETER KORIAN
IO MEDIA, INC.
1 Fifth Avenue
Fourth Floor
New York, NY 10003
Telephone: (212) 352-1115
Facsimile: (212) 352-1117
E-mail: Peter@io-media.com

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2009

*/s/ James Ware*

Hon. James Ware
United States District Court Judge