PETER KORIAN
IO MEDIA, INC.
1 Fifth Avenue
Fourth Floor
New York, NY 10003
Telephone: (212) 352-1115
Facsimile: (212) 352-1117
E-mail: Peter@io-media.com



IT IS SO ORDERED AS MODIFIED

Judge James Ware

8/20/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AUTODESK, INC., a Delaware Corporation,

    Plaintiff,

vs.

IO MEDIA, INC., a New York Corporation,

    Defendant.

Case No.: C09-01965 JW

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER

Current Answer Date: August 14, 2009
Requested Date:      September 3, 2009

## STIPULATION

Pursuant to Civil L.R. 6-1 and 6-2, plaintiff and defendant hereby stipulate to extend the deadline by which defendant IO Media, Inc. must file with the court its answer to plaintiff's Complaint for Damages and Injunctive Relief to September 3, 2009.

This extension is intended to allow the parties an opportunity to finalize settlement documents related to the matter. The parties have agreed to five previous extensions to the deadline by which defendant must answer. The parties have agreed to settle the matter and expect to finalize the terms of the settlement agreement before September 3, 2009. No subsequent dates or deadlines in the matter will be affected by the granting of this extension. A proposed order accompanies this motion.

Respectfully submitted,

FOR PLAINTIFF AUTODESK, INC.

LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
ANDREW S. MACKAY, #197074
DONAHUE GALLAGHER WOODS LLP
300 Lakeside Drive, Suite 1900
Oakland, California 94612
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
E-mail: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

Dated, 14 August 2009

DEFENDANT IO MEDIA, INC.

PETER KORIAN
IO MEDIA, INC.
1 Fifth Avenue
Fourth Floor
New York, NY 10003
Telephone: (212) 352-1115
Facsimile: (212) 352-1117
E-mail: Peter@io-media.com

**IT IS SO ORDERED AS MODIFIED**

On or before **September 3, 2009** the parties shall file a stipulated dismissal or Defendant shall file a response. If a response is filed, the parties shall also file a joint case management conference on **September 3, 2009.** In light of the parties' settlement negotiations, the case management conference remains on calendar for **September 14, 2009 at 10:00 AM**. The conference will be vacated should the parties' file the appropriate dismissal.

Dated: August 20, 2009

_____
United States District Judge James Ware