1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   ANDREW S. MACKAY, #197074
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
5  Telephone: (510) 451-0544
   Facsimile: (510) 832-1486
6  Email: julie@donahue.com

7  Attorneys for Plaintiff
   AUTODESK, INC.
8

*IT IS SO ORDERED*
*Judge James Ware*
9/4/2009

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  AUTODESK, INC., a Delaware          CASE NO. C09-01965-JW
    corporation,
14                                      **STIPULATED REQUEST FOR**
              Plaintiff,                **DISMISSAL WITHOUT PREJUDICE**
15
       v.
16
    IO MEDIA, INC., a New York
17  corporation,

18            Defendant.

## STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii) and Civil L.R. 77-2, plaintiff Autodesk, Inc. ("Autodesk"), through its attorneys of record, and defendant IO Media, Inc. ("IO Media") hereby stipulate and consent to the dismissal of this action without prejudice.

IT IS SO STIPULATED.

Dated: September 4, 2009          DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: September 3, 2009          IO MEDIA, INC.

By: _____
Peter Korian
IO Media, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: September 4, 2009          _____
Hon. James Ware
United States District Court Judge

-1-

STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE          CASE NO. C09-01965-JW